BROWN v. R. R. CO. AND PHILLIPS v. R. R. CO.

No. 46 PC.

Case below: 4 N.C. App. 169.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 7 October 1969.


BUNDY v. BOARD OF EDUCATION

No. 38 PC.

Case below: 5 N.C. App. 397.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.


DAVIS v. CAHOON

No. 8 PC.

Case below: 5 N.C. App. 46.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.


ESTRIDGE v. DEVELOPMENT CO.

No. 50 PC.

Case below: 5 N.C. App. 604.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 18 September 1969.


FREEZE v. CONGLETON

No. 37 PC.

Case below: 5 N.C. App. 472.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 23 September 1969.